UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDWIN MALDONADO,
               Plaintiff,

v.

OFFICER JOHN GUNSETT, et al.,
               Defendants.
-------------------------------------------------------------x

**ORDER**

21 CV 3719 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

       Plaintiff commenced the instant action against defendants John Gunsett, et al., by filing a complaint on April 26, 2021. (Doc. #1). Plaintiff filed an amended complaint on September 17, 2021. (Doc. #7).

       On November 10, 2021, the Court entered an Order of Service containing a Valentin Order which directed the Attorney General to ascertain the identities of the thirteen John and Jane Doe defendants plaintiff sought to sue in his amended complaint and provide such information to the plaintiff and the Court by January 10, 2022. (Doc. #9). The Court further ordered plaintiff to file a second amended complaint naming the John and Jane Doe defendants within 30 days of receiving this information from the Attorney General, and attached to the Order a second amended complaint form for that purpose.

       By letter dated January 10, 2022 (Doc. #14), the Attorney General's office identified seven of the thirteen John and Jane Doe defendants—specifically John and Jane Doe defendants (1), and (8) through (13)—but advised the Court that it has been unable to identify the remaining six John Doe defendants—namely, John Doe defendants (2) through (7).

       Accordingly, it is HEREBY ORDERED:

       1.    **By February 14, 2022, plaintiff shall file a second amended complaint**. Plaintiff shall use the second amended complaint form attached to this Order.

2.     The second amended complaint must contain the full names of the John and Jane Doe defendants identified by the Attorney General.

3.     To the greatest extent possible, the second amended complaint shall also supply any additional identifying or descriptive details regarding the remaining, unidentified John Doe defendants, including by providing the following information, to the best of his knowledge:

a.   as to each remaining John Doe defendant, **provide a physical description (including height, weight, ethnicity, skin color, etc.)**, and give his **title or rank**;

b.   for each relevant event alleged in the second amended complaint, **state specific facts that support plaintiff's case including what each individual defendant did or failed to do**;

c.   give the dates and times of each relevant event or, if not known, the approximate date and time of each relevant event;

4.     **The second amended complaint will completely replace, not merely supplement, the existing complaint.  Therefore, plaintiff must include in the second amended complaint all information necessary for his claims.**  However, plaintiff is directed to include in his second amended complaint only those facts and documents he believes plausibly support a violation of his constitutional rights.

5.     Plaintiff is reminded that any factual allegation in the second amended complaint must be true to the best of his knowledge, information, and belief.  See Fed. R. Civ. P. 11(b)(3).

6.     **If plaintiff fails to file a second amended complaint by February 14, 2022, the Court may dismiss the case for failure to prosecute or failure to comply with a Court order.** See Fed. R. Civ. P. 41(b).

7.      Once plaintiff has filed a second amended complaint, the Court will screen the second amended complaint and, if necessary, issue an order directing the Clerk to issue summonses, complete the USM-285 forms with the addresses of the newly-named defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

8.      Within thirty days of receiving the additional information regarding the remaining John Doe defendants (2) through (7), the Attorney General shall ascertain the identities of the remaining John Doe defendants and the addresses where these defendants may be served and provide this information to plaintiff and the Court.  At that time, the Court will issue any further appropriate order.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to the plaintiff at the address on the docket.

Dated: January 12, 2022
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

No. _____
(To be filled out by Clerk's Office)

**SECOND AMENDED**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name            Middle Initial            Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                       State                    Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____

First Name              Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 2:

_____

First Name              Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 3:

_____

First Name              Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 4:

_____

First Name              Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

_____

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6