UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDWIN MALDONADO,
                Plaintiff,

v.

OFFICER JOHN GUNSETT, et al,,
                Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 3719 (VB)

On January 24, 2022, the Court received two documents from plaintiff labeled as the "second amended complaint:" one "second amended complaint" is attached to this Order, and the other "second amended complaint" has been separately docketed. For the reasons stated below, the Court will disregard the attached document and treat the separately docketed second amended complaint as the operative second amended complaint in this action.

On November 10, 2021, the Court directed the Attorney General to ascertain the identities of the thirteen John and Jane Doe defendants plaintiff sought to sue in his amended complaint. (Doc. #9). The Court also ordered that within thirty days of receiving this information, plaintiff must file a second amended complaint with the full names of the John and Jane Doe defendants identified by the Attorney General.

After the Attorney General updated the Court it was able to identify some, but not all of the John and Jane Doe defendants, the Court entered an Order dated January 12, 2022, directing plaintiff to file a second amended complaint containing the full names of the newly-identified John and Jane Doe defendants, <u>as well as</u> any additional identifying information or descriptive details regarding the remaining, unidentified John Doe defendants. (Doc. #15).

The separately docketed second amended complaint contains the full names of the John and Jane Doe defendants identified by the Attorney General, as well as the additional descriptive

1

details ordered by the Court. The attached document, by contrast, contains the full names of the John and Jane Doe defendants identified by the Attorney General, but <u>not</u> the additional descriptive details regarding the remaining, unidentified John Doe defendants.

In light of the above, it appears the attached document was drafted <u>after</u> plaintiff received the Attorney General's letter identifying certain of the John and Jane Doe defendants but <u>before</u> the Court's January 12, 2022, Order directing plaintiff to also include in the second amended complaint additional identifying details regarding the remaining, unidentified John Doe defendants.

Accordingly, it is HEREBY ORDERED that the separately docketed second amended complaint shall be considered the operative second amended complaint in this action. The Court shall disregard the second amended complaint attached to this Order.

Plaintiff is reminded to address all future correspondence to the Pro Se Intake Unit at the following address:

> United States District Court
> Pro Se Intake Unit
> 300 Quarropas St.
> White Plains, NY 10601

<u>The Court will not consider any future correspondence from plaintiff mailed directly to Chambers</u>.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. Cf. <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 26, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edwin MAldonAdo
_____

Write the full name of each plaintiff.

-against-

Gunsett, 21 Civ. 3719 (VB)

No. _____
(To be filled out by Clerk's Office)

**SECOND AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: 8th Amendment

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Edwin _____ Maldonado
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Mid-State Corr. Fac.
Current Place of Detention

P.O. Box 2500
Institutional Address

Marcy / N.Y. / 13403
County, City / State / Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Gerard Guiney
First Name / Last Name / Shield #
Dep. of Security (2005) Green-Haven
Current Job Title (or other identifying information)

Current Work Address
1220 Washington Ave   Albany   N.Y.   12226
County, City / State / Zip Code

NO. 8
Defendant 2: Evelyn Diaz
First Name / Last Name / Shield #
C.O. Evelyn Diaz  J-Block officer
Current Job Title (or other identifying information)
Green Haven Corr.Fac. 594 Route 216
Current Work Address
Stormville   N.Y.   12582
County, City / State / Zip Code

NO. 9
Defendant 3: Floyd Norton Disciplinary LT. (Captain Floyd Norton)
First Name / Last Name / Shield #
Captain Floyd Norton
Current Job Title (or other identifying information)
Green Haven Corr.Fac. Route 216
Current Work Address
Stormville   N.Y.   12582
County, City / State / Zip Code

NO. 10*
Defendant 4: Amanda Saunders (Disciplinary Officer June 15, 2018)
First Name / Last Name / Shield #
Retired C.O.
Current Job Title (or other identifying information)
DOCCS 1220 Washington Ave
Current Work Address
Albany   N.Y.   12226
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Green Haven Corr. Fac / C/D Yard Disciplinary Office / J-Block Cell LOC / H-Block (2005) H-Block SHU shower

Date(s) of occurrence: (initial Gang Assualt) 2005 Feb 1st / SHU Shower Against Officer Gunset later Months of 2005 / Month of May 2018 / June 17th B 2018 Aug. 2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

In the Beginning of 2005 - G Block officer Miller had officers illegally search, harrass, threatin to beat me up if I talk Back. I was then transferred to H-Block where I was beatin By officers and watch By a Sergeant (Feb 1st 2005) Incident. From H Block to SHU I was beatin Face First Through every Gate, while known Gang-Members White Knight scream Racial sluts C.O. Malizen. In the months of 2005 while in SHU officer Gunset physically and sexually assualted Plaintiff in shower with another officer and Sergeant. Plaintiff return to Green Haven 2018 After numberous letters to Deputy of Mental Health Ms. Medlary and to Dep of Security Anthony C. Russo, Explaining the Assualt and Seperation from C.O. Gunset. Green Haven placed Plaintiff on the Draft After numberous of letter to the Administration of Green Haven stating I fear for my Life, Because of C.O. Gunset and known Gang Members who work at Green Haven (White-Knights) Racially Motivated skin Head Correctional officers. In the Month of May 2018, I was placed on Transfer But After A week I was taken off Transfer, and told to get my property from Reception Area, where C.O. Gunset is known to work at. He threatin Plaintiff along with Sergant Rolle, for the 2005 Assualt while at Recreation A few days later. From reciving property, I Plaintiff was Notified to return Back to housing location, Because Cell was

Page 4

(cont) Page 5

Burnt. Sergant Rowe inform Plaintiff that cell was burnt Because plaintiff refused sexual acts with him. Sergant and Inmate, who worked as porter. Prior to cell being burn Sergant Rowe made sexual advances to plaintiff coming to his cell, and making plaintiff pull his pants down and jerk off penis. Sergant Rowe placed Suboxin and K2 drugs on Plaintiff gate, for complying his request. Stated to plaintiff I want you to work as a porter in I.C.P Area as upstairs in J-Block. C.O. Evelyn Diaz J-Block steady officer witness Sergant take plaintiff upstairs to I.C.P along with another inmate who plaintiff Later had fight for refusing to have sex with him and Sergant Rowe, After going to I.C.P slop sink. And having fingers placed in Buttocks of plaintiff. Inmate forced himself inside plaintiff, while Sergant Rowe watch then did the same acts while inmate watched-out. Plaintiff ran away from I.C.P area, back to lock location TR-I.C.P J Block First Fl. After Plaintiff Cell was Burnt, Sergant Rowe ordered inmate to attack plaintiff with weapon, which was Later found Because plaintiff told another area Sergant to search the inmate who worked for Sergant Rowe. Plaintiff was transferred to A-Block, and his property was taken to Reception Area (where C.O. Gunset worked) and made inmates steal plaintiff property. And label him (Plaintiff) a snitch. On June 17, 2018, Plaintiff was placed in keep-lock recreation, where I.C.P inmate was placed also to attack Plaintiff, then officers pepper-sprayed inmate. Transfer him plaintiff to E-Block On June 18, 2018 Plaintiff was sent to disciplinary hearing, and forced to fight inmate from I.C.P. He was assaulted By on June 17, 2018 in C.P Block yard. Officers yelled-out steele cage match scream with Disciplinary Lieutenant Floyd Norton (who is now Captain Floyd Norton) Maldonado is a Rat, Beat him up. Pepper-sprayed By C.O. Amanda Saunders Eye-glasses taken-out of Plaintiff pocket and smashed on floor. Plaintiff then taken to SHU. Beatin By C.O. the who way to SHU.

NOTE: Hon. Vincent Briccetti

Assistant Attorney General Bruce J. Turkle in response to the Valentin order, stated we have been unable to identify the Lower ranking John Does referenced in No. 2, 3, 4, 5, 6, and 7 Above. Doccs does not routinely maintain staffing information dating back to 2005 and we are informed that it has been destroyed in the ordinary course of business.

End of Report
Edwin Maldonado
Plaintiff

Dear,
Feb. 1, 2005 Hon. Vincent Briccetti

73 officer H. Block known White Knight Gang-Members who Assualted me, for C.O. Miller in G-Block

Next Day
While urine test was being Administered Plaintiff started urinating Blood. Sergant on Duty called ordered nurse to cell of Plaintiff, Molborg Man who stated I can't Move it hurts everywhere. It was determine Plaintiff should be moved to outside hospital Mt. Vernon See Medical Records, Fractured Ribs bruised lung.

After Feb. 1st 2005 Assualt on Plaintiff A caple of Months later. C.O. Gunset ordered Plaintiff to the shower, And Assualted Plaintiff Along with another officer and Sergant, physically and sexually Assualted Plaintiff.

1# Plaintiff sufferred Deperration of water Food and Showers. I.G. Came to Plaintiff and warn Plaintiff not to submit a Civil Lawsuit, or be subjected to a new criminal charge against C.O. Gunset.

2# Plaintiff was Ashame of sexual Assualt. told family members of sexual and physical Assualt. once Plaintiff was transferred Back to Green-Haven 2018. Plaintiff notify Dep. of security to be removed from facility in fear for his life and sexual Assualt By C.C. Gunset.

Date Jan. 14, 2022

End of Report
Edwin Maldonado

PAGE 5

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Sustain injuries to Head, Face, Arms, Legs, Lacerations Along with Swollen neck injuries, extreme Back pain Mental and Emotional stress, nightmares. loss of sleep that lead to daily physiatrist Medication for past 3-years (2018 incident) Medication for 2005 incident From Incident to present day.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$1,000,000 (One Million) Compensatory
$1,000,000 (One Million) Punitive
$1,000,000 Emotional Stress

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Jan. 14, 2022

Plaintiff's Signature: Ed. MMM

First Name: Edwin
Middle Initial:
Last Name: Maldonado

Prison Address: Mid-State Conv. Fac.
County, City: P.O. Box 2500
State: N.Y.
Zip Code: 13403

Date on which I am delivering this complaint to prison authorities for mailing: Jan. 19, 2022

Page 6

To: Chambers of Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, N.Y.
10601

RECEIVED
JAN 24 2022
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Legal-Mail

4-E

Approved By D. Kilner