UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDWIN MALDONADO,
          Plaintiff,

v.

OFFICER JOHN GUNSETT, et al,,
          Defendants.
--------------------------------------------------------------x

**SECOND AMENDED ORDER OF SERVICE**

21 CV 3719 (VB)



Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

On September 17, 2021, plaintiff filed an amended complaint. (Doc. #7).

On November 10, 2021, the Court entered an Order of Service containing a Valentin Order which directed the Attorney General to ascertain the identities of the thirteen John and Jane Doe defendants plaintiff sought to sue in his amended complaint and provide such information to the plaintiff and the Court by January 10, 2022. (Doc. #9).

By letter dated January 10, 2022, the Attorney General identified seven of the thirteen John and Jane Doe defendants—specifically John and Jane Doe defendants (1), and (8) through (13). (Doc. #14).

On January 19, 2022, plaintiff filed a second amended complaint—docketed on January 31, 2022—naming the additional defendants identified by the Attorney General. (Doc. #17).

On January 31, 2022, the Court entered an Amended Order of Service regarding the additional named defendants. (Doc. #18).

By letter dated March 21, 2022, the Attorney General now updates the Court that one of the John Doe defendants identified in its January 10, 2022, letter—Erik Lawton— was identified

in "error," and should be replaced by Correction Officer (now Sergeant) Keith Chase. (Doc. #22).

Accordingly, it is HEREBY ORDERED:

1. The Clerk is instructed to terminate Erik Lawton, 2018 A-Block Escort Officer, from this action.

2. The Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for the named defendant listed in the Appendix to this Order. The Clerk of Court is further instructed to issue a summons listing the defendant and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon the defendant. The service address for the defendant is appended to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 21, 2022
White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti
United States District Judge

APPENDIX

1) Correction Officer Keith Chase
   Green Haven Correctional Facility
   594 Route 216
   Stormville, NY 12582