UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDWIN MALDONADO,
            Plaintiff,

v.

            **ORDER**

OFFICER JOHN GUNSETT, et al,,
            Defendants.          21 CV 3719 (VB)
--------------------------------------------------------------x

      Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights that allegedly took place at Green Haven Correctional Facility ("Green Haven").

      On January 19, 2022, plaintiff filed a second amended complaint—docketed on January 31, 2022—that identified several defendants by name and included additional identifying information regarding the remaining unidentified John Doe defendants. (Doc. #15).

      On January 31, 2022, the Court directed the Attorney General to ascertain the identities of the remaining John Doe defendants, based upon the additional identifying information alleged in plaintiff's second amended complaint, and provide such information to plaintiff and the Court. (Doc. #18).

      Also on January 31, 2022, the Court entered an Amended Order of Service directing the U.S. Marshals Service to effectuate service on the defendants that were, in fact, named and identified in the second amended complaint. (Doc. #18).

      On March 21, 2022, the Court ordered the Attorney General to submit, by May 23, 2022, a status update regarding its efforts to ascertain the identifies of the remaining John Doe defendants. (Doc. #24).

      On March 27, 2022, the U.S. Marshals Service docketed four Process Receipts and Returns of Service Unexecuted (Docs. ## 29, 31–33), indicating that it had been unable to effectuate service on four of the previously-named defendants: (i) "Sergeant Rowe," whom plaintiff identified as working at Green Haven in "J-Block" in 2018; (ii) "Officer Miller," who allegedly worked at Green Haven as a "G Block officer" or "Sergeant" in 2005; (iii) "Officer Maligan," who allegedly worked at Green Haven in both 2005 and 2018; and (iv) "Deputy Danielle Medbury" from the "Department of Mental Health," to whom plaintiff allegedly sent letters in 2018. The Process Receipts and Returns of Service indicate the U.S. Marshals attempted service for each of these defendants at Green Haven.

      Accordingly, it is HEREBY ORDERED that by **May 23, 2022**, the Attorney General shall include, as part of the status update previously ordered by the Court, any new, updated addresses where defendants Rowe, Miller, Maligan, and Medbury may be served.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 12, 2022
White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge