UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDWIN MALDONADO,
               Plaintiff,     :

v.                               :

OFFICER JOHN GUNSETT, et al,   :
               Defendants.   :
------------------------------------------------------------x

**THIRD AMENDED ORDER OF SERVICE**

21 CV 3719 (VB)

Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

On May 12, 2022, the Court directed the Attorney General to provide the Court with new, updated addresses where defendants John Rowe, Mathew Miller, Danielle Medbury, and Sergeant Maligen may be served.  (Doc. #40).

By letter dated May 25, 2022 (Doc. #45), the Attorney General updates the Court that defendant Rohl was "incorrectly identified" by plaintiff in the second amended complaint, and the defendant plaintiff intends to sue by that name is actually Sgt. Ralph Rohl.  The Attorney General also provides new services addresses for defendants Rohl, Miller, and Medbury.

Accordingly, it is HEREBY ORDERED:

1.     The Clerk is instructed to terminate Sgt. John Rowe, J-Block 2018, from this action, and add Sgt. Ralph Rohl as a defendant on the docket.

2.     The Clerk is instructed to fill out U.S. Marshals Service Process Receipt and Return forms for the defendants listed in the Appendix to this Order.  The Clerk is further instructed to issue summonses listing the defendants and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect

1

service upon the defendants.  The service addresses for the defendants is appended to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 27, 2022
       White Plains, NY

                              SO ORDERED:


                              Vincent L. Briccetti
                              United States District Judge

<u>APPENDIX</u>

1) Ralph Rohl
   c/o Office of Legal Counsel
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue Albany, New York 12226
   Att'n: Mark Richter, Esq.

2) Mathew Miller
   c/o Office of Legal Counsel
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue Albany, New York 12226
   Att'n: Mark Richter, Esq.

3) Deputy Superintendent Danielle Medbury
   Marcy Correctional Facility
   9000 Old River Rd.
   Marcy, NY 13403