MEMORANDUM ENDORSEMENT

Maldonado v. Gunsett et al,
21 CV 3719 (VB)



In the attached letter dated June 7, 2022 (Doc. #52), plaintiff, proceeding pro se and in forma pauperis, states that the Attorney General "keeps making mistakes" in its June 2, 2022, letter to the Court (Doc. #48), regarding the dates of certain incidents alleged in the second amended complaint. Plaintiff also requests that the Court order plaintiff's transfer from Mid-State Correctional Facility—where plaintiff currently resides—to protect him from unspecified retaliation from one of the correction officers working at the facility whom the Attorney General recently identified as a "John Doe" defendant in the second amended complaint. (Doc. #48).

With respect to the Attorney General's purported "mistakes," the Court's review of the parties' submissions indicates that there is no inconsistency between the parties' understanding of the dates of the incidents that allegedly took place in 2005. That is, both plaintiff and the Attorney General appear to agree that the alleged incidents took place on February 1, 2005, and April 12, 2005.

Accordingly, plaintiff's time to file a third amended complaint including the names of the additional John Doe defendants identified by the Attorney General remains July 1, 2022, as set forth in the Court's Order dated June 10, 2022. (Doc. #50).

With respect to plaintiff's request for injunctive relief, that request is DENIED. Even if the Court had the authority to provide such relief—which it does not—plaintiff's general fear of future retaliation is too speculative to warrant injunctive relief.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at his address on the docket.

Dated: June 17, 2022
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge

1

June 7, 2022

TO: Hon. Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas St
White Plains, N.Y. 10601

RECEIVED JUN 10 2022
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Re: Maldonado v. Gunsett, 21 Civ. 03719 (VB)

Docket this
So Ordered
VB USMJ 6/3/22

Dear Judge Briccetti

This letter is in response to Ass. Attorney General letter to you on June 2, 2022 In response to the Court's March 21, 2022 order (DKT. NO 24) requesting that his office continue to attempt to ascertain the Identities of the remaining "John Doe" Defendants sued in the Second Amendment Complaint (SAC) Ass. Attorney General Bruce J. Turkle Made A few mistakes in his letter to you about the dates of the sexual assault and the physical assaults. Feb 1, 2005, In H-Block, was the initial assault against Plaintiff, the shower incident was April 19, 2005 where Plaintiff was sexually assaulted by officer Gunsett, another officer and a sergeant held me down. If the Ass. Attorney General Bruce J. Turkle, look into records At Green Haven Corr. Fac. On Mother's Day 2005 (May) while being escorted to the visit, the escort sergeant was distracted by a phone-call, while officer holding me (Plaintiff) force Plaintiff into a room, where several officers assaulted Plaintiff. Afterwords, Plaintiff was escorted to O.B.S. Mental Health, And the visit was terminated. Why don't the Ass. Attorney General Bruce J. Turkle find the names of those officers and the log book where Plaintiff was admitted to O.B.S Mental Health. The dates and incidents are being wrong I could do better during discovery. Sincerely

CC: Ass. Attorney General Bruce J. Turkle
Date June 7, 2022