USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 27 2022
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Edwin Maldonado

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

THIRD AMENDED
COMPLAINT
(Prisoner)

-against-

Clifford Gunsett, 21-civ.3719 (VB)

Do you want a jury trial?
☒ Yes   ☐ No

Docket this
So ordered
Briccetti
7/1/2022

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: 8th Amendment, Deliberate Indifference, 4th Amendment, Negligence

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Edwin _____ Maldonado
First Name      Middle Initial      Last Name

_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Mid-State Corr. Fac.
Current Place of Detention

P.O. Box 2500
Institutional Address

Marcy _____ N.Y. _____ 13403
County, City       State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Gerard
Last Name: Guiney
Shield #: 
Current Job Title (or other identifying information): Dep of Security (2005) Green-Haven Corr. Fac.
Current Work Address: 1220 Washington Ave
County, City: Albany
State: N.Y.
Zip Code: 12

**Defendant 2:**
First Name: John
Last Name: Serrell
Shield #: 2005 H.Block officer
Current Job Title (or other identifying information): Coxsackie Corr. Fac. Correctional officer
Current Work Address: 11260 Route 9W, P.O. Box 999
County, City: Coxsackie
State: N.Y.
Zip Code: 12051-0200

**Defendant 3:**
First Name: Dennis
Last Name: McGill
Shield #: 2005 H Block officer
Current Job Title (or other identifying information): C/O Office of legal Counsel N.Y.S. Dept of Corr.
Current Work Address: 1220 Washington Ave
County, City: Albany
State: N.Y.
Zip Code: 12226

**Defendant 4:**
First Name: Kevin
Last Name: O'Connor
Shield #: 2005 H-Block off
Current Job Title (or other identifying information): C/O Office of legal Counsel N.Y.S. Dept of Corr.
Current Work Address: 1220 Washington Ave
County, City: Albany
State: N.Y.
Zip Code: 12226

See Attached

Defendant 5. Richard Smith      2005 SHU shower officer
First name   Last name
MID-State Corr. Fac.  correctional officer
9005 Old River Rd. P.O. Box 2500
Marcy, N.Y. 13403

Defendant 6. Clifford Gunsett      2005 SHU shower officer
Green Haven Corr. Fac. correctional officer
594 NY-216, Stormville, N.Y. 12582

Defendant 7. Douglas Hildebrandt      SHU correctional 2005 officer
Clinton Corr. Fac. correctional officer
1156 Cook St.
Dannemora, N.Y. 12929

Defendant 8. Jason Gwinn      SHU correctional 2005 officer
Auburn Corr. Fac. Sergeant.
135 State St.
Auburn, N.Y. 13024

Defendant 9. Mathew Miller   correctional officer 2005 G Block officer
Retired
c/o Office of legal Counsel, N.Y.S Dept. of Corr.
1220 Washington Ave
Albany, N.Y. 12226

Defendant 10. Anthony C. Russo   Dep. of Security 2018 Now retired
c/o DOCCS 1220 Washington Ave.
Albany, N.Y 12226
Attn Mark Richter, Esq.

Defendant 11.     Ralph     Rohl     Retired Sergeant
c/o Office of legal counsel, NYS Dept of Corr.
1220 Washington Ave
Albany, N.Y. 12226     ATT'n March Richter, Esq.

Defendant 12.     Evelyn     Diaz     Correctional officer (J-Block officer)
Green Haven Corr. Fac
594 Route 216, Stormville, N.Y
12582

Defendant 13.     Floyd     Norton (2018) Lieutenant     now Captain
Green Haven Corr. Fac.
594 Route 216, Stormville, N.Y.
12582

Defendant 14.     Amanda     Saunders     NOW Retired 2018 (Disciplinary officer)
DOCCS
c/o 1220 Washington Ave
Albany N.Y.
12226     ATT'n Mark Richter

Defendant 15.     Keith     Chase     A-Block Escort officer (2018) Now Sergeant
Green Haven Corr. Fac. 594 Route 216
Stormville, N.Y.
12582

Defendant 16.     Anthony     Wells     G-Block Escort officer in 2018
Green Haven Corr. Fac.
594 Route 216 Stormville N.Y.
12582

Defendant 17. Danielle Medbury — Dep of Mental Health (2018) now superintendent 2022 of Marcy Corr. Fac.
Marcy Corr. Fac.
9000 Old River Rd.
Marcy, N.Y.
13403

Defendant 18. John Mulligen — 2005 correctional officer, 2018 Sergeant
Green Haven Corr. Fac.
594 Route 216
Stormville, N.Y.
13403

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Green Haven Corr. Fac. / 2005 G-Block Month of Jan. / 2005 H-Block, 2005 SHU-Shower, 2005 way to visit Month of May / 2018 C/D Yard, Disciplinary Office, J-Block ICP Area, Tri-1 CP Area / 2018 A-Block Escort Hallway OBS Escort to G-Block

Date(s) of occurrence: Month of May 2018 / June 17th, June 18th / Month of Aug. 2018 / Feb. 1, 2005, April 12, 2005, April 19, 2005 / Mother's Day 2005, May 7, 2005

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Jan. 2005, officer Mathew Miller, made other officer search plaintiff while behind a gate, stated to Plaintiff, He reminds him of the person who assaulted him, falsified misbehavior report against Plaintiff, and threatin to send him to H Block to be assaulted. Plaintiff was moved to H Block End of Jan. 2005. On Feb. 1, 2005 officer John Jerrell, officer Dennis McGill and officer Kevin O'Connor, assaulted Plaintiff in H Block on way to Keeplock Recreation. Then on way to SHU, Multiple officers, including officer Mulligen, assaulted Plaintiff, Broke Ribs, verbel racist harassment, calling Plaintiff, A nigger spec This is for officer Miller you piece of shit nigger-spec. On April 12, 2005 in SHU Shower, officer Clifford Gunsett and officer Richard Smith II, physically and sexually assaulted Plaintiff, Repeatly beating plaintiff, then held him down while officer Gunsett stuck an object inside of Plaintiff Anus, April 13, 2005, food tray of Plaintiff had insects inside water in cell cut off, April 19, 2005, Plaintiff placed on Deprivation of shower, water, recreation Month of May Mother's Day, on way to visit officers waited for Plaintiff on 1st FL. Distracting escort sergant and beat plaintiff, took him to O.BS for observation, told family he was having mental problems 2018, Upon Returning to Green Haven Corr. Fac. Plaintiff Notified Dep of Security Anthony C. Russo, and stated, Plaintiff feared retaliation from officers and o assualted him 2005. Plaintiff also told Mental Health Danielle Medbury During Month of May 2018 Plaintiff was packed up on the Draft, But after 5-Days was Taken off, and sent to Reception Area for his property, where officer Gunsett is a steady Plaintiff, was again Threatin by officers at Reception. Back to J-Block, Sergant Ralph Rohl, came to Plaintiff cell, and told plaintiff to pull down his pants and draws, lift penis, make it erect, and he'll give him K-2 and Saboxin, Sergant Ralph Rohl made C.O. Evelyn Diaz

Cont. Next Page

(NOTE: Upon Returning Back to Green Haven Corr. Fac. 2018 Plaintiff wrote dozens of letters to Dep. of Security, and Mental Health, Danielle Medbury, Therapist, Conboy, and Cuffman, He fear for his safety because of traumatic assualtive behavior from C.O's at Green Haven, in 2005, still working (2018))

Page 4
See Attach—

Send Plaintiff to I.C.P Area, with another Male C.O. Evelyn Diaz, Threatin Plaintiff with Misbehavior report. If he didn't comply to work with Sergeant Ralph Rohl, or pay for drugs given to him by Sgt. In the Month of May Evelyn Diaz escorted Plaintiff to I.C.P Area Door told Plaintiff to go up While Sergeant Ralph Rohl waited with another inmate, took Plaintiff in closet room and sexually assaulted Plaintiff by sticking fingers inside the Anus of Plaintiff. Both Sergeant Ralph Rohl and Inmate sexually assaulted Plaintiff, had to fight his way out of area, back downstairs to Tri-I.C.P. C.O. Evelyn Diaz witness return. Then Month of May Plaintiff cell was burnt, Sergeant Ralph Rohl told Plaintiff the reason is because Plaintiff didn't comply with sex advances, then made a inmate attack Plaintiff with a weapon, then he "hide the weapon onto penis". Plaintiff informed another Sergeant at hospital about the hidden weapon. Sergeant Ralph Rohl tried to protect Inmate from officers finding weapon, But Plaintiff told Plaintiff was moved to A Block. see Attach contin.

NOTE: How did Plaintiff know the attacker had weapon tied to penis? Because Sergeant Ralph Rohl and inmate sexually assaulted Plaintiff with the same weapon found on inmate. Check records of Misbehavior report.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff sustain injuries to Rips fractured, Face, Back, neck swollen (2005) Check Medical Records 2018 Laceration, Along with Back face neck injuries Emotional, Mental Health that lead to physiatrist Medication for years, Post Traumatic Stress Disorder, Emotional stress, attempted Suicide, Because of Traumatic Incident at Green Haven Corr. Fac.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 1,000,000   1 Million Compensatory
$ 1,000,000   1 Million Punitive
$ 1,000,000   Emotional Stress

Page 5

contin. from previous page

NOTE: When Plaintiff was transferred to A-Block, his property was taken to Reception Area where C.O. Gunsett works and when Plaintiff recieved property, most of it was stolen, see Inmate Claim Records.

In the month of June A-Block Escort officer Keith Chase was assign to take Plaintiff to the hospital for his daily medication and in the Hall-way C.O. Chase placed Plaintiff on the wall for a pat-frisk and placed his hand inside Plaintiff pants and his finger in Plaintiff anus, stating Sergeant Rohl said you'll like this, or something to that nature. Then on June 17, 2018, while Plaintiff was at Keep-lock Recreation C/D yard, Plaintiff was placed with a I.C.P inmate from J-Block, This Mentally Ill inmate attacked Plaintiff beating him in the face, neck and back, responding officers pepper-sprayed Plaintiff. Plaintiff was then transferred to F-Block and his property was taken back to Reception Area, when Plaintiff recieved property that night more personal property was taken.

On June 18th, 2018, Plaintiff was taken to disciplinary officer for a hearing, with LT. Floyd Norton and Sergeant Ralph Rohl, where Plaintiff tried to explain what happen to him at J-Block in the hearing, but LT. Floyd Norton wouldn't accept the facts, and Sergeant Ralph Rohl was present at the hearing and influence LT. Floyd Norton to find Plaintiff guilty. Then, LT. Floyd Norton and Sergeant Ralph Rohl placed Plaintiff inside holding pen, with the same Mentally Ill inmate, who beat Plaintiff in the yard a day prior, and told the inmate to beat Plaintiff up, while C.O. Amanda Saunder scream beat him up. He just tried to snitch, bent him, they all scream steele cage match. Then inmate beat Plaintiff face, shoulders, back and neck, until Amanda Saunder, peppered-spray Plaintiff in the eye-ball, then responding officers, took Plaintiff eye glasses from pocket and smash them by stepping on them, creating them, then escorted Plaintiff to SHU.

In the month of Aug. After Plaintiff came out of SHU, Plaintiff was in OBS Mental Health, He saw Danielle Medbury, and told her of sexual assault, and ask what happen to the transfer, she promise Plaintiff. Rep Medbury responded, saying she doesn't believe Plaintiff got sexual assault, and to stop snitching, while at Green Haven, and maybe the abuse will stop.

C.O. ~~Anthony wells~~ while Plaintiff was being escorted to G-Block sexually assaulted Plaintiff in a closed area in front of a elevator, put Plaintiff on the doors and placed an object inside Plaintiff anus, stating thats for Gunsett and Sergeant Rohl. Then threatin Plaintiff with misbehavoir report if he told anyone, what happen. Plaintiff was then escorted to G-Block. In shock of everything happening, Depressed that the nightmare will never end. Finally, In the beginning of 2019, Sergeant Ralph Rohl, saw Plaintiff coming from services, and had a officer, search Plaintiff cell, and took Plaintiff to SHU, for alleging to have contraband and a weapon.

1. Dep of Security (2005)
   Gerard Guiney
   Violated 8th Amendment
   Deliberate Indifference
   Lack of Training Correctional officers
2. John Serrell - H Block officers (2005)
   Violated 8th Amendment Rights
   To Be free from cruel and unusual Punishment
3. Dennis McGill - H-Block officer (2005)
   Violated 8th Amendment Rights
   To Be free from cruel and unusual Punishment
4. Kevin O'Connor H Block officer (2005)
   Violated 8th Amendment Rights, Deliberate Indifference
   To Be Free from cruel and unusual Punishment
5. Richard Smith H situ-shower officer (2005)
   Violated 8th Amendment Rights, Deliberate Indifference
   To Be free from cruel and unusual Punishment
6. Clifford Gunsett situ shower officer (2005)
   Violated 8th Amendment Rights, Deliberate Indifference
7. Douglas Hildebrandt
   8th Amendment Right
   Cruel and unusual Punishment
8. Jason Gwinn
   8th Amendment, cruel and unusual Punishment
9. Mathew Miller
   Violated 8th Amendment Rights
   By ordering other Gang Members "White Knights"
   to attack plaintiff
10. Ralph Rohl
    Violated 8th Amendment and 4th Amendment
    Cruel and unusual Punishment
    Illegal Search, Sexual Assault
    Deliberate Indifference

11. Evelyn Diaz J-Block Officer (2018) Violated 8th Amendment Right enabling officer Ralph Rohl Violated 4th Sexual Assaulting plaintiff Amendment Rights.

12. LT. Floyd Norton LT. AT Hearing Office (2018) 8th Amendment Rights enabling Sergeant Ralph Rohl ordering another inmate to Assault Inmate Deliberate Indifference

13. Amanda Saunders Hearing Office C.C. violated 8th Amendment Rights Cruel and unusual punishment Deliberate Indifference

14. Keith Chase - A-Block (2018) Escort officer Violated 4th Amendment Rights Deliberate Indifference

15. Anthony Wells - G-Block (2018) Escort officer violated 4th Amendment Right, Deliberate Indifference

16. Daniell Medbury Dep. of Mental Health (2018) Violated 8th Amendment Rights, Deliberate Indifference

17. Anthony C. Russ Dep. of Security (2018) Violated 8th Amendment Rights, Deliberate Indifference and Negligence, 4th Amendment, Lack of Training officers Dealing with Mental Health Inmates

18. John Mulligen (2005) Correctional officer (2018) Sergeant 8th Amendment, Deliberate Indifference

Those officers are self proclaimed "White Knights", Miller, Mulligen Gunsett, Norton, Chase, Wells, Serrell, McGill, O'connor and Smith II Admitted to being Gang members of White Knights

Richard Smith II is presently working AT Mid-State Corr. Fac. where plaintiff resides AT. Plaintiff fears retaliation and being physically and sexually assaulted again. Please Transfer plaintiff out of Mid-State Corr Fac

Dated June 17, 2022                    x [signature]

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_____June 17_____  _____Ed. MMM_____
Dated                                             Plaintiff's Signature

__Edwin__ _____ __Maldonado__
First Name    Middle Initial    Last Name

__Mid-State Corr. Fac. 9005 Old River Rd. PO Box 2500__
Prison Address

__Marcy__ _____ __N.Y.__ __13403__
County, City           State           Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6