UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
EDWIN MALDONADO,                            :
              Plaintiff,                 :
                                     :
v.                                           :
                                     :
OFFICER JOHN GUNSETT, et al.,               :
              Defendants.               :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-1-22

**FOURTH AMENDED ORDER
OF SERVICE**

21 CV 3719 (VB)

7-1-22

Copies Mailed Faxed
Chambers of Vincent L. Briccetti

Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

By letter dated June 2, 2022, the Attorney General's office identified the remaining John Doe defendants in this action, and the addresses where they may be served. (Doc. #48).

On June 10, 2022, the Court ordered plaintiff to file a third amended complaint containing the full names of the John Doe defendants identified by the Attorney General. (Doc. #50).

By letter dated June 23, 2022, the Attorney General's office provided the correct name and service address for defendant Daniel F. Mulligan, who was previously mistakenly identified as defendant "Maligen." (Doc. #55).

On June 27, 2022, the Court received plaintiff's third amended complaint, dated June 17, 2022, which shall be separately docketed.

Accordingly, it is HEREBY ORDERED:

1.     The Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for each named defendant listed in the Appendix to this Order. The Clerk is further instructed to issue a summons listing each defendant and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect

service upon each of the defendants.  The service addresses for the defendants are also appended to this Order.

2.      The previously-served defendants' time to answer, move, or otherwise respond to the third amended complaint is STAYED pending service on the remaining defendants, or until September 30, 2022, whichever is later.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff is instructed to address all future correspondence to the Pro Se Intake Unit at the following address:

United States District Court

Pro Se Intake Unit

300 Quarropas St.

White Plains, NY 10601

The Court will not consider any future correspondence mailed directly to Chambers.  To be clear, the Court will return to plaintiff, without considering, all future submissions sent directly to Chambers.

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 1, 2022
      White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti
                           United States District Judge

<u>APPENDIX</u>

1) John Serrel
   Coxsackie Correctional Facility c/o DOCCS
   11260 Route 9W
   P.O. Box 999

2) Dennis McGill
   c/o Office of Legal Counsel
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Albany, New York 12226
   Att'n: Mark Richter, Esq.

3) Kevin O'Connor
   c/o Office of Legal Counsel
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Albany, New York 12226
   Att'n: Mark Richter, Esq.

4) Richard Smith II
   Mid-State Correctional Facility
   9005 Old River Road
   P.O. Box 2500
   Marcy, New York 13403

5) Clifford Gunsett
   Green Haven Correctional Facility 5
   94 NY-216
   Stormville, NY 12582

6) Douglas Hildebrandt
   Clinton Correctional Facility
   1156 Cook Street
   Dannemora, New York 12929

7) Sergeant Jason Gwinn
   Auburn Correctional Facility
   135 State Street
   Auburn, New York 13024

8) Lieutenant Daniel F. Mulligan
   Great Meadow Correctional Facility
   11739 NY-22
   Comstock, New York 1282

9) Ralph Rohl
   c/o Office of Legal Counsel
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue Albany, New York 12226
   Att'n: Mark Richter, Esq.

10) Mathew Miller
    c/o Office of Legal Counsel
    New York State Department of Corrections and Community Supervision
    1220 Washington Avenue Albany, New York 12226
    Att'n: Mark Richter, Esq.

11) Deputy Superintendent Danielle Medbury
    Marcy Correctional Facility
    9000 Old River Rd.
    Marcy, NY 13403