UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDWIN MALDONADO,
            Plaintiff,

v.

OFFICER JOHN GUNSETT, et al,
            Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 3719 (VB)

      By letter dated July 1, 2022, plaintiff, who is proceeding pro se and in forma pauperis, requested that he be removed from Mid-State Correctional Facility—where he currently resides—to protect him from retaliation from one of the correction officers working at the facility whom the Attorney General recently identified as a "John Doe" defendant. (Doc. #59). On July 18, 2022, the Court docketed plaintiff's letter with a Memorandum Endorsement denying plaintiff's request. The Court mailed a copy of the Memorandum Endorsement to plaintiff at his address on the docket.

      By letter dated July 14, 2022, but docketed on July 20, 2022, plaintiff again requests to be removed from Mid-State Correctional Facility. That request is again DENIED. As the Court explained in its July 18, 2022, Order, the Court lacks the authority to provide the relief requested.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

      Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 22, 2022
      White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge