Copies Mailed/Faxed 11/27/23
Chambers of Vincent L. Briccetti  KMK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDWIN MALDONADO,
               Plaintiff,

v.

OFFICER JOHN GUNSETT, et al.,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 3719 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/23

      On November 22, 2023, twelve defendants moved to dismiss the third amended complaint for lack of subject matter jurisdiction and failure to state a claim under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. #118). On November 23, 2023, one defendant moved to dismiss the third amended complaint for lack of personal jurisdiction, insufficient service of process, and failure to state a claim under Federal Rule of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6). (Doc. #122).

      Accordingly, it is hereby ORDERED that:

1.    Plaintiff's opposition to defendants' motions is due **January 31, 2024**. Plaintiff shall file **one** memorandum of law in opposition that addresses both motions to dismiss, not to exceed twenty-five pages. The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a motion to dismiss. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2.    Defendants' reply, if any, is due **March 1, 2024**.

      Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address on the docket.

Dated: November 27, 2023
          White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge