UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

EDWIN MALDONADO,
                Plaintiff,

v.

OFFICER JOHN GUNSETT, et al.,
                Defendants.

-------------------------------------------------------------x

**ORDER**

21 CV 3719 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/26

In light of the notices of completion of limited appearance filed by plaintiff's pro bono counsel on November 13, 2025, (Docs. ## 167, 168, 169), Mary K. Swears, Andrew Timnick, and Adira E. Levine, Esqs., are relieved as counsel for the plaintiff.

The Clerk is instructed to terminate Ms. Swears, Mr. Timnick, and Ms. Levine as counsel for plaintiff and remove them from the ECF notification list.

The Clerk is further instructed to update the ECF docket with the address and phone number of plaintiff as follows:

Edwin Maldonado
1063 Ward Ave #4D
Bronx, NY 10472
(917) 710-8912

In addition, the Clerk is instructed to terminate defendant Officer Miller per the courts September 4, 2024 order dismissing claims against Officer Miller. (Doc. # 140).

Chambers will mail a copy of this Order to plaintiff at the address above.

Dated: January 7, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge