UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDWIN MALDONADO,
              Plaintiff,

v.

EVELYN DIAZ, FLOYD NORTON,
ANTHONY WELLS, DEPUTY DANIELLE
MEDBURY, C.O. KEITH CHASE, SGT.
RALPH ROHL,
              Defendants.

------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/26

**ORDER**

21 CV 3719 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

At the last case management conference held on January 7, 2026, which plaintiff attended

in-person, and by Order dated the same day, the Court directed plaintiff, who is proceeding pro

se, and counsel for defendants to appear for a pre-motion conference on February 26, 2026, with

respect to defendant's anticipated motion for summary judgment. (Doc. #174). The Order was

also mailed to plaintiff at the address on the docket: 1063 Ward Ave #4D, Bronx, NY 10472.

Counsel for defendants appeared at today's conference. However, plaintiff failed to

appear for today's conference without excuse or explanation. The Court was not able to reach

plaintiff by telephone. Plaintiff is reminded that his failure to appear at a scheduled court

conference may constitute failure to prosecute or to comply with a court order and may result in

dismissal of this action under Fed. R. Civ. P. 41(b). Plaintiff is warned that if he fails to comply

with this Order he risks having his case dismissed.

Accordingly, it is HEREBY ORDERED:

1. By **March 12, 2026,** plaintiff shall submit a letter explaining the reason for his absence at today's conference.

2. Defendants shall file their motion for summary judgment by **April 3, 2026.** Defense counsel is instructed to mail and email a copy of the motion to plaintiff.

3. By **May 4, 2026,** plaintiff shall file his opposition to defendant's motion for summary judgment.

4.  By **May 26, 2026**, defendants shall file their reply.

Chambers will mail a copy of this Order to plaintiff at 1063 Ward Ave #4D, Bronx, NY

10472, and will provide a copy by email to plaintiff at jessamyshani78@gmail.com.

Dated: February 26, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge