UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EDWIN MALDONADO,

                Plaintiff,

v.

EVELYN DIAZ, FLOYD NORTON,
ANTHONY WELLS, DEPUTY DANIELLE
MEDBURY, C.O. KEITH CHASE, SGT.
RALPH ROHL,

                Defendants.

------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 3/13/26

**ORDER**

21 CV 3719 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

By Order dated February 26, 2026, the Court directed plaintiff, who is proceeding pro se, to submit a letter by March 12, 2026, explaining the reason for his absence at a court conference on February 26, 2026. (Doc. #176). The Order was emailed to plaintiff and mailed to him at the address on the docket.

Accordingly, it is HEREBY ORDERED:

1. A status conference is scheduled for **March 31, 2026, at 2:30 p.m.**, to be held in person at the White Plains federal courthouse, 300 Quarropas St., courtroom 620, White Plains, NY.

2. If plaintiff fails to appear at the March 31, 2026, status conference, without excuse or explanation, the Court may deem his failure to appear an abandonment of the case and may dismiss the action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).

Chambers will mail a copy of this Order to plaintiff at 1063 Ward Ave #4D, Bronx, NY 10472, and will provide a copy by email to plaintiff at jessamyshani78@gmail.com.

Dated: March 13, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge