UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EDWIN MALDONADO,
                      Plaintiff,

v.

EVELYN DIAZ, FLOYD NORTON,
ANTHONY WELLS, DEPUTY DANIELLE
MEDBURY, C.O. KEITH CHASE, SGT.
RALPH ROHL,
                      Defendants.

-----------------------------------------------------------x



**ORDER**

21 CV 3719 (VB)

Copies Mailed/Faxed + emailed
Chambers of Vincent L. Briccetti 4-1-26

By Order dated March 13, 2026, the Court directed the parties to appear in person at a

status conference on March 31, 2026. (Doc. #177). A copy of the Order was mailed and

emailed to plaintiff. Counsel for defendants appeared at the conference. However, plaintiff

failed to appear for the conference without excuse or explanation. This is now the second time

plaintiff has failed to appear for a scheduled court conference without excuse or explanation.

Accordingly, it is HEREBY ORDERED:

1. The Court's order setting a summary judgment briefing schedule is VACATED.

2. **By April 20, 2026**, defense counsel shall submit a letter addressing the standard for dismissal of a case for failure to prosecute and the application here.

3. By **April 28, 2026**, plaintiff shall submit a letter explaining the reason for his absence at the February 26, 2026 and March 31, 2026 conferences.

4. A status conference is scheduled for **May 5, 2026, at 10:30 a.m.,** to be held in person at the White Plains federal courthouse, 300 Quarropas St., courtroom 620, White Plains, NY.

5. <u>**If plaintiff fails to appear at the May 5, 2026, status conference, without excuse or explanation, the Court will deem his failure to appear an abandonment of the case and may dismiss the action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).**</u>

Chambers will mail a copy of this Order to plaintiff at 1063 Ward Ave #4D, Bronx, NY 10472, and will provide a copy by email to plaintiff at jessamyshani78@gmail.com.

Dated: April 1, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge